# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **STACY HILTON** | **CASE NO. 2:21-CV-0695** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STEVEN CLAY FARQUHAR** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 5] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**MONROE, LOUISIANA**, this 9th day of September 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**